```
1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   KRISTEN CLARKE
3  Assistant Attorney General
   Civil Rights Division
4  U.S. Department of Justice
5
6
7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. CR 22-00105-MAG |
|---|---|---|
| Plaintiff, | ) | |
| | ) | VIOLATIONS: |
| v. | ) | 18 U.S.C. § 242 – Deprivation of Rights Under Color of Law (Class A Misdemeanor) |
| SCOTT SHAW, | ) | |
| | ) | San Jose Venue |
| Defendant. | ) | |
| | ) | |

INFORMATION

The United States Attorney and the Assistant Attorney General charge:

At all times relevant to this Information:

    1.    Defendant SCOTT SHAW was employed by San Jose State University from 2006 until 2020. While employed by San Jose State University, defendant SCOTT SHAW served as Head Athletic Trainer and Director of Sports Medicine.

    2.    San Jose State University, a member of the California State University System, was a public university.

    3.    By virtue of being employed by San Jose State University, defendant SCOTT SHAW was required to act in compliance with the United States Constitution.

    4.    Victim One, Victim Two, Victim Three, and Victim Four were students on women's athletic teams at San Jose State University.

COUNT ONE: (18 U.S.C. § 242 – Deprivation of Rights Under Color of Law)

5. Between on or about September 1, 2017, and on or about November 30, 2017, in the Northern District of California, the defendant,

SCOTT SHAW

while acting under the color of law, and acting without a legitimate purpose, touched Victim One's breast without her consent, thereby willfully depriving Victim One of liberty without due process of law, which includes the right to bodily integrity, a right secured and protected by the Constitution and laws of the United States.

All in violation of Title 18, United States Code, Section 242 (Class A Misdemeanor).

COUNT TWO: (18 U.S.C. § 242 – Deprivation of Rights Under Color of Law)

6. On one or more occasions between on or about September 1, 2017, and on or about November 30, 2017, in the Northern District of California, the defendant,

SCOTT SHAW

while acting under the color of law, and acting without a legitimate purpose, touched Victim Two's breast without her consent, thereby willfully depriving Victim Two of liberty without due process of law, which includes the right to bodily integrity, a right secured and protected by the Constitution and laws of the United States.

All in violation of Title 18, United States Code, Section 242 (Class A Misdemeanor).

COUNT THREE: (18 U.S.C. § 242 – Deprivation of Rights Under Color of Law)

7. Between on or about September 1, 2018, and on or about May 30, 2019, in the Northern District of California, the defendant,

SCOTT SHAW

while acting under the color of law, and acting without a legitimate purpose, touched Victim Two's buttocks without her consent, thereby willfully depriving Victim Two of liberty without due process of law, which includes the right to bodily integrity, a right secured and protected by the Constitution and laws of the United States.

All in violation of Title 18, United States Code, Section 242 (Class A Misdemeanor).

COUNT FOUR: (18 U.S.C. § 242 – Deprivation of Rights Under Color of Law)

8. Between on or about March 1, 2019, and on or about April 21, 2019, in the Northern District of California, the defendant,

SCOTT SHAW

while acting under the color of law, and acting without a legitimate purpose, touched Victim Three's breast without her consent, thereby willfully depriving Victim Three of liberty without due process of law, which includes the right to bodily integrity, a right secured and protected by the Constitution and laws of the United States.

All in violation of Title 18, United States Code, Section 242 (Class A Misdemeanor).

COUNT FIVE: (18 U.S.C. § 242 – Deprivation of Rights Under Color of Law)

9. Between on or about December 1, 2019, and on or about December 31, 2019, in the Northern District of California, the defendant,

SCOTT SHAW

while acting under the color of law, and acting without a legitimate purpose, touched Victim Four's breast without her consent and touched Victim Four's buttocks without her consent, thereby willfully depriving Victim Four of liberty without due process of law, which includes the right to bodily integrity, a right secured and protected by the Constitution and laws of the United States.

All in violation of Title 18, United States Code, Section 242 (Class A Misdemeanor).

COUNT SIX: (18 U.S.C. § 242 – Deprivation of Rights Under Color of Law)

10. Between on or about January 15, 2020, and on or about February 28, 2020, in the Northern District of California, the defendant,

SCOTT SHAW

while acting under the color of law, and acting without a legitimate purpose, touched Victim Four's buttocks without her consent, thereby willfully depriving Victim Four of liberty without due process of

law, which includes the right to bodily integrity, a right secured and protected by the Constitution and laws of the United States.

All in violation of Title 18, United States Code, Section 242 (Class A Misdemeanor).

DATED: March 10, 2022

STEPHANIE M. HINDS
United States Attorney

s/ Michael G. Pitman
MICHAEL G. PITMAN
Assistant United States Attorney

KRISTEN CLARKE
Assistant Attorney General

s/ Fara Gold
FARA GOLD
Special Litigation Counsel
Criminal Section, Civil Rights Division

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

## OFFENSE CHARGED

COUNTS ONE - SIX: 18 U.S.C. § 242 – Deprivation of Rights Under Color of Law

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

**PENALTY:** For Each Count:
Max Penalties: 1 year imprisonment, $100,000 fine, 1 year of supervised release, $25 special assessment fee

### DEFENDANT - U.S

▶ SCOTT SHAW

**DISTRICT COURT NUMBER**

CR 22-00105-MAG

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)
FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form: STEPHANIE M. HINDS
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): MICHAEL G. PITMAN

## DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☒ SUMMONS   ☐ NO PROCESS*   ☐ WARRANT     Bail Amount: _____

If Summons, complete following:
☒ Arraignment   ☒ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: 3/15/22 at 2:00pm    Before Judge: Susan Van Keulen

Comments: