AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

United States of America )
*Plaintiff* )
v. ) Case No. CR 22-00105-MAG
Scott Shaw )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

defendant Scott Shaw.

Date: 03/10/2022

*Attorney's signature*

Sam J. Polverino, California SB # 87563
*Printed name and bar number*

1565 The Alameda
Suite 100
San Jose, CA 95126
*Address*

spolverino@sjlawyer.net
*E-mail address*

(408) 295-3330
*Telephone number*

(408) 971-0478
*FAX number*