UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** April 19, 2022     **Time:** 9:07 – 9:15     **Judge:** BETH LABSON FREEMAN

Total Time: 8 Minutes

**Case No.:** 5:22-cr-00105-BLF-1     **Case Name:** UNITED STATES v. Shaw

**Attorney for Plaintiff:** Michael Pitman
**Attorney for Defendant:** Sam Polverino and Jeremy Blank for Scott Shaw - P/NC

**Deputy Clerk:** Tiffany Salinas-Harwell     **Reported by:** Summer Fisher
**Interpreter:** N/A     **Probation Officer:** N/A

## PROCEEDINGS

**STATUS CONFERENCE**

**Status Conference hearing held.**

**CASE CONTINUED TO: July 12, 2022, at 9:00 a.m. for Further Status/Trial Setting.**

---

**EXCLUDABLE DELAY**
Category: Effective Preparation of Counsel
Begins: 4/19/2022
Ends: 7/12/2022

---

///

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

                     **Courtroom Deputy**
                     **Original E-Filed**