# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　v.<br>SCOTT SHAW,<br>　　　　　Defendant. | Case No. 22-cr-00105-BLF-1<br><br>**ORDER ADMONISHING UNITED STATES FOR NONCOMPLIANCE WITH STANDING ORDERS**<br><br>[Re: ECF No. 32] |

On October 3, 2022, the United States filed an opposition to Defendant's motion to dismiss the above-captioned case. *See* ECF No. 32. The Court hereby ADMONISHES the United States for failing to comply with the Court's Standing Orders. *See* Civil Standing Order § IV.F ("Footnotes shall be no less than 12-point type and shall be double-spaced. Footnotes shall not be used to cite to legal authorities or evidence."). The Court will strike any future briefs that fail to conform to the Court's Standing Orders.

**IT IS SO ORDERED.**

Dated: October 4, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge