SAM J. POLVERINO (CABN 87563)
Law Offices of Sam J. Polverino
1565 The Alameda
Suite 100
San Jose, CA 95126
Tel:    (408) 295-3330
Fax:   (408) 971-0478
Email: spolverino@sjlawyer.net

JEREMY D. BLANK (CABN 172571)
Law Office of Jeremy D. Blank
1459 18th Street
No. 148
San Francisco, CA 94107
Tel:    (415) 710-2728
Fax:   (415) 431-2728
Email: jdb@jeremyblank.com

Attorneys for Defendant
SCOTT SHAW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>  v.<br><br>SCOTT SHAW,<br><br>        Defendant. | No. CR 22-00105-BLF<br><br>**DEFENDANT SCOTT SHAW'S NOTICE OF COMPLIANCE WITH FED. R. CRIM. P. 16(b)(1)(C)** |

Defendant SCOTT SHAW hereby provides notice that it has complied with the requirements of Federal Rule of Criminal Procedure 16(b)(1)(C), as effective December 1, 2022, and notified the government that it currently has engaged no expert witnesses to testify in its

1

Case No. CR 22-00105-BLF
Defendant's Notice of Compliance with Fed. R. Crim. P. 16(b)(1)(C)

case-in-chief or rebuttal, and for that reason has no material to disclose under Federal Rule of Criminal Procedure 16(b)(1)(C)(iii)-(v) at this time.

    The defense has made diligent and repeated attempts for several months, both prior to and following receipt of the government's Rule 16 disclosures on November 28, 2022, to secure the engagement of an expert witness for the defense.  However, due at least in part to the "third rail" nature of the allegations against Mr. Shaw; the intense national media scrutiny that has attended the case since well before its filing; and the current political atmosphere which condemns those professionals perceived to be defending athletic trainers accused of abuse, the defense has thus far been unable to secure the substantive consultation of, or any trial commitments from, a F. R. Crim. P. 16(b)(1)(C) witness at this time.

    The defense will continue its efforts to seek out, consult with and retain qualified expert(s) who might then testify as to material issues at trial.  As soon as the defense comes into possession of any materials subject to disclosure under F. R. Crim. P. 16(b)(1)(C)(iii)-(v), those materials will be promptly provided to the government.

Dated: January 9, 2023                          /s/ Sam J. Polverino
                                                                                 Sam J. Polverino

Dated: January 9, 2023                          /s/ Jeremy D. Blank
                                                                                 Jeremy D. Blank
                                                                                 Attorneys for Defendant
                                                                                 Scott Shaw

Case No. CR 22-00105-BLF
Defendant's Notice of Compliance with Fed. R. Crim. P. 16(b)(1)(C)