SAM J. POLVERINO (CABN 87563)
Law Offices of Sam J. Polverino
1565 The Alameda, Suite 100
San Jose, CA 95126
Tel:   (408) 295-3330
Fax:   (408) 971-0478
Email: spolverino@sjlawyer.net

JEREMY D. BLANK (CABN 172571)
Law Office of Jeremy D. Blank
1459 18th Street, No. 148
San Francisco, CA 94107
Tel:   (415) 710-2728
Fax:   (415) 431-2728
Email: jdb@jeremyblank.com

Attorneys for Defendant
SCOTT SHAW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT SHAW,<br><br>Defendant. | No.  CR 22-00105-BLF<br><br>**DEFENDANT SCOTT SHAW'S NOTICE OF COMPLIANCE WITH FED. R. CRIM. P. 16(b)(1)(C) – DISCLOSURE OF EXPERT WITNESS** |

Defendant Scott Shaw hereby provides notice that he has complied with the requirements of Federal Rule of Criminal Procedure 16(b)(1)(C), as amended, and notified the government that he intends to call as an expert witness in his case-in-chief and/or in rebuttal Dr. Brett R. DeGooyer.  The defense has provided the government with a written signed report from Dr.

DeGooyer, as well as his current *curriculum vitae* and information regarding his publications and prior testimony, as required by the Rule.

      The defense is well aware that this disclosure is untimely under the Court's scheduling Order in this matter, ECF 28, which requires that such disclosure be made by January 9, 2023. The defense is prepared to establish both the materiality of Dr. DeGooyer's testimony and the due diligence undertaken by the defense to timely secure an expert witness in this matter at any proceeding at which it might be required.

Dated: March 10, 2023                     /s/ Sam J. Polverino
                                                          Sam J. Polverino

Dated: March 10, 2023                     /s/ Jeremy D. Blank
                                                          Jeremy D. Blank
                                                          Attorneys for Defendant
                                                          SCOTT SHAW