THOMAS A. COLTHURST (CABN 99493)
Attorney for the United States

KATHERINE L. WAWRZYNIAK (CABN 252751)
Acting Chief, Criminal Division

MICHAEL G. PITMAN (DCBN 484164)
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone:     (408) 535-5040
Facsimile:     (408) 535-5081
Email: michael.pitman@usdoj.gov

KRISTEN CLARKE
Assistant Attorney General
MARLA DUNCAN
Trial Attorney
SARAH HOWARD
Attorney Advisor
Criminal Section, Civil Rights Division
United States Department of Justice

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT SHAW,<br><br>　　　　Defendant. | Case No. 5:22-cr-00105-BLF<br><br>FIRST AMENDED JOINT PROPOSED FORM OF VERDICT<br><br>Trial:　　June 16, 2023<br>Time:　　9:00 a.m.<br>Place:　　San Jose Courthouse,<br>　　　　　Courtroom 3 – 5th Floor |

　　　The United States and Defendant Scott Shaw, by and through undersigned counsel, hereby respectfully submit the attached proposed verdict form for use in the above-captioned case.

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 | THOMAS A. COLTHURST |
| 3 | Attorney for the United States |
| 4 | _____/s/_____ |
|   | MICHAEL G. PITMAN |
| 5 | Assistant United States Attorney |
| 6 | KRISTEN CLARKE |
| 7 | Assistant Attorney General |
|   | Civil Rights Division |
| 8 | |
| 9 | _____/s/_____ |
|   | MARLA DUNCAN |
| 10 | Trial Attorney |
|   | SARAH HOWARD |
| 11 | Attorney Advisor |
| 12 | Attorneys for United States of America |
| 13 | |
| 14 | _____/s/_____ |
|   | DAVID R. CALLAWAY |
| 15 | JEREMY D. BLANK |
| 16 | Attorneys for Defendant SCOTT SHAW |

|   |   |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:22-cr-00105-BLF |
| Plaintiff, | VERDICT |
| v. |   |
| SCOTT SHAW, |   |
| Defendant. |   |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

WE, THE JURY, in this case, unanimously find the Defendant Scott Shaw:

**COUNT 1**: _____ (not guilty/guilty) of the offense of Deprivation of Rights Under Color of Law in violation of Section 242 of Title 18 of the United States Code, between on or about September 1, 2017, and on or about November 30, 2017, as charged in Count One of the Information.

**COUNT 2**: _____ (not guilty/guilty) of the offense of Deprivation of Rights Under Color of Law in violation of Section 242 of Title 18 of the United States Code, between on or about September 1, 2017, and on or about November 30, 2017, as charged in Count Two of the Information.

**COUNT 3**: _____ (not guilty/guilty) of the offense of Deprivation of Rights Under Color of Law in violation of Section 242 of Title 18 of the United States Code, between on or about September 1, 2018, and on or about May 30, 2019, as charged in Count Three of the Information.

**COUNT 4**: _____ (not guilty/guilty) of the offense of Deprivation of Rights Under Color of Law in violation of Section 242 of Title 18 of the United States Code, between on or about March 1, 2019, and on or about April 21, 2019, as charged in Count Four of the Information.

**COUNT 5**: _____ (not guilty/guilty) of the offense of Deprivation of Rights Under Color of Law in violation of Section 242 of Title 18 of the United States Code, between on or about December 1, 2019, and on or about December 31, 2019, as charged in Count Five of the Information.

**COUNT 6**: _____ (not guilty/guilty) of the offense of Deprivation of Rights Under Color of Law in violation of Section 242 of Title 18 of the United States Code, between on or about January 15, 2020, and on or about February 28, 2020, as charged in Count Six of the Information.

DATED: _____, 2023         _____
                                      FOREPERSON