United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT SHAW,<br><br>Defendant. | Case No. 22-cr-00105-BLF-1<br><br>**ORDER FOLLOWING PRETRIAL CONFERENCE** |

The Final Pretrial Conference was held on May 18, 2023. The Court advised counsel regarding trial scheduling and related issues, as summarized below. The Court has issued a separate order regarding the parties' motions *in limine*. *See* ECF No. 118.

IT IS HEREBY ORDERED THAT:

**(1) Jury Selection**

Jury selection will commence on Monday, July 17, 2023, at 8:30 a.m. A total of 12 jurors will be seated, and a total of 3 alternates will be selected. The United States of America ("the Government") will be permitted 6 peremptory challenges for selection of the 12 jurors, and an additional 2 peremptory challenges for selection of the 3 alternates. Defendant Scott Shaw will be permitted 10 peremptory challenges for selection of the 12 jurors, and an additional 2 peremptory challenges for selection of the 3 alternates.

The parties shall submit a joint proposed jury questionnaire consistent with the Court's instructions at the pretrial conference by no later than June 30, 2023. The Government shall deliver 75 single-sided copies of the finalized questionnaire to the Courtroom Deputy by July 13, 2023.

//

**(2) Trial Schedule**

Each side will be permitted 45 minutes for Opening Statement and 2 hours for Closing Argument.

The trial schedule will be as follows, with normal lunch and rest breaks:

Mondays: 9:00 a.m. – 5:00 p.m.

Tuesdays: 10:00 a.m. – 5:00 p.m.

Wednesdays: 9:00 a.m. – 5:00 p.m.

Thursdays: Dark (jury may deliberate on Thursdays)

Fridays: 9:00 a.m. – 5:00 p.m.

**(3) Motions During Trial**

The Court will be available from 8:30 a.m. – 9:00 a.m. each trial day except Tuesdays to hear motions. The parties need not file written motions to raise an issue before the Court. Any written motions shall be no more than 3 pages in length, in 12-point font (including footnotes), and double-spaced (including footnotes). Any such motion shall be filed and emailed to the undersigned by 5:00 p.m. the previous court day

**(4) Jury Instruction Conference**

The Court will hold a conference regarding jury instructions on June 29, 2023 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: June 6, 2023

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California