**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SCOTT SHAW,<br><br>    Defendant. | Case No.  22-cr-00105-BLF-1<br><br>**ORDER STRIKING DEFENDANT'S SUPPLEMENTAL SUBMISSION RE JURY INSTRUCTIONS AND REQUIRING REVISED JOINT SUBMISSION BY JUNE 22, 2023** |

On June 19, 2023, Defendant Scott Shaw filed a supplemental submission regarding certain disputed jury instructions.  ECF No. 132.  This filing is an impermissible revision to the joint jury instruction submission and is STRICKEN.  The parties SHALL meet and confer and SHALL file a revised joint submission in the format required by the Court that incorporates Defendant's latest version of proposed jury instructions along with the Government's position and deletes prior versions of those instructions no longer proffered by either party.  The revised joint jury instructions SHALL be filed by June 22, 2023.

**IT IS SO ORDERED.**

Dated:  June 20, 2023

_____
BETH LABSON FREEMAN
United States District Judge