UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT SHAW,<br><br>　　　　　Defendant. | Case No. 22-cr-00105-BLF-1 (SVK)<br><br>**ORDER MODIFYING BRIEFING SCHEDULE AND HEARING DATE**<br><br>Re: Dkt. Nos. 141, 144 |

The Court is in receipt of the filings from the Parties and third-party San José State University ("SJSU") regarding compliance with the subpoena issued on June 30, 2023. Dkts. 138, 141, 144, 145. The undersigned will address only the issue of compliance with the subpoena; the issue of remedy is deferred to the Presiding Judge pending resolution of the compliance issue. In light of the impending trial and to give the Presiding Judge adequate time to consider whether a remedy is warranted, the Court sets the below expedited briefing and hearing schedule:

- No further briefing is required, but any party or third-party who elects to file a written brief may do so no later than **July 10, 2023.** Any such brief may not exceed eight pages, double-spaced. In addition to filing on ECF, the briefs should also be emailed to SvKCRD@cand.uscourts.gov.
- SJSU **shall** submit an unredacted copy of the disputed report to SvKCRD@cand.uscourts.gov for *in-camera* review on **July 10, 2023**.
- The undersigned will hold an **in-person** hearing on the issues pertaining to the subpoena on **July 11, 2023 at 1:30 p.m**. Third-party U.S. Council for Athletes' Health ("USCAH"), who appears to be located out of state, may arrange with the undersigned's courtroom deputy to appear at the hearing remotely if needed.

1  This Order supersedes the Court's prior Order at Dkt. 138.

2  **SO ORDERED.**

3  Dated: July 7, 2023

_____
SUSAN VAN KEULEN
United States Magistrate Judge

2