UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:22-cr-00105-BLF |
| Plaintiff, | VERDICT |
| v. | |
| SCOTT SHAW, | |
| Defendant. | |

WE, THE JURY, in this case, unanimously find the Defendant Scott Shaw:

**COUNT 1**: _____ (not guilty/guilty) of the offense of depriving Isabella Schmidt of rights under the color of law in violation of Section 242 of Title 18 of the United States Code, between on or about September 1, 2017, and on or about November 30, 2017, as charged in Count One of the Information.

1      **COUNT 2**:  _____ (not guilty/guilty) of the offense of depriving Jacqueline

2  Maisey of rights under the color of law in violation of Section 242 of Title 18 of the United States Code,

3  between on or about September 1, 2017, and on or about November 30, 2017, as charged in Count Two

4  of the Information.

5

6      **COUNT 3**:  _____ (not guilty/guilty) of the offense of depriving Jacqueline

7  Maisey of rights under the color of law in violation of Section 242 of Title 18 of the United States Code,

8  between on or about September 1, 2018, and on or about May 30, 2019, as charged in Count Three of

9  the Information.

10

11      **COUNT 4**:  _____ (not guilty/guilty) of the offense of depriving Abigail Lee

12  of rights under the color of law in violation of Section 242 of Title 18 of the United States Code,

13  between on or about March 1, 2019, and on or about April 21, 2019, as charged in Count Four of the

14  Information.

15

16      **COUNT 5**:  _____ (not guilty/guilty) of the offense of depriving Kara Burns

17  of rights under the color of law in violation of Section 242 of Title 18 of the United States Code,

18  between on or about December 1, 2019, and on or about December 31, 2019, as charged in Count Five

19  of the Information.

20

21      **COUNT 6**:  _____ (not guilty/guilty) of the offense of depriving Kara Burns

22  of rights under the color of law in violation of Section 242 of Title 18 of the United States Code,

23  between on or about January 15, 2020, and on or about February 28, 2020, as charged in Count Six of

24  the Information.

25

26

27      DATED: _____, 2023     _____

28                                                        FOREPERSON