UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** August 7, 2023    **Time:** 9:00 – 9:08    **Judge:** BETH LABSON FREEMAN

**Total Time:** 8 Minutes

**Case No.:** 5:22-cr-00105-BLF-1    **Case Name:** UNITED STATES v. Shaw

**Attorney for Plaintiff:** Michael Pitman
**Attorney for Defendant:** David Callaway and Jeremy Blank for Scott Shaw
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X] Not in Custody

**Deputy Clerk:** Tiffany Salinas-Harwell    **Reported by:** Lee-Anne Shortridge
**Interpreter:** N/A    **Probation Officer:** N/A

## PROCEEDINGS

**STATUS CONFERENCE**

**Status Conference held.**

**CASE CONTINUED TO:** August 15, 2023, at 9:00 a.m. for Possible Change of Plea/Trial Setting.

---

**EXCLUDABLE DELAY**
Category:  Effective Preparation of Counsel
Begins:  8/7/2023
Ends:  8/15/2023

---

///

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

Courtroom Deputy
Original E-Filed