# EXHIBIT A

Scott Shaw
PO Box 422
Chimacum, WA 98325
408-506-3858
wazzuscott@yahoo.com

October 2, 2023

The Honorable Beth Labson Freeman
United States District Judge
280 South First Street
San Jose, CA 95113

Re: United States v. Scott Shaw, CR 22-00105-BLF, Personal Narrative

Dear Judge Freeman,

I would like to start by apologizing – formally and personally – to Isabella Schmidt, Jacqueline Maisey, Abigail Lee and Kara Burns. I did not explain what I had planned to do during their evaluations and treatments and did not obtain their informed consent for my actions. I take full responsibility for my actions. I will discuss the offense more later in this letter, but first I thought it might help you to learn a little about my background.

I was born and raised on the Olympic Peninsula in Washington State. I grew up on a farm in a rural area. My mom and dad were both schoolteachers. My dad took care of the farm and our 30 head of cattle. We were a typical rural family.

My life changed when my father committed suicide in 1973. I was 6 years old at the time, and the eldest of three children. My mom became a single mother and a cattle rancher overnight and I had to become the "man of the house."

I learned the value of hard work at an early age. When tasks needed to be completed on the farm, you didn't always have the option of waiting to complete them. Whether it was feeding the cows daily through the winter, herding cows off

the highway because they broke through a fence, or putting hay into the barn when the weather finally got nice during the summer, I helped with all the chores on the farm. Learning the importance of hard work and fully completing tasks helped me with my athletic training career.

I went to school from kindergarten through high school on one campus. As a result, I was able to make lifelong friendships. I have friends that I have known since kindergarten. We have been great friends for over 50 years. They have been a great support system and have helped me by being positive through this entire case.

I participated in many activities growing up. I played baseball, basketball and soccer when I was young. In high school I was on the football, basketball, baseball and golf teams. I participated in other activities as well. I was in the cub scouts when I was young. I was an acolyte in our church from the ages of 12-17. I played the trombone in the school band from 5th through 10th grade. In high school I was a member of the Knowledge Bowl Team, French Club, Pep Club, Math Team and National Honor Society. I was the president of the National Honor Society my senior year.

During the summers I would work so that I would have pocket money during the school year. I started loading bales of hay onto trucks and unloading them in the barn when I was a teenager and could lift the bales. We would load and unload hay by hand 12 hours a day after the hay had been cut, raked, and baled. I not only worked at our farm but also at other farms in the area. Those days were long and dusty.

During my last two years in high school, I worked one or two days a week at a local horse ranch. I would work on the weekends cleaning horse stalls, replenishing the sawdust for the stalls, moving hay bales, and any other task that needed to be done on the ranch.

I knew going into my senior year of high school that I wanted to become an athletic trainer. I loved sports but knew I didn't have the talent to make it to the professional level. I also had injuries while playing sports, and enjoyed learning about biology and medicine.

Athletic training was a perfect mix of athletics and medicine. I understood the frustration of being an injured athlete, and I loved the idea of being able to help athletes when injuries occurred, helping them return to their sports. I researched schools that had athletic training education programs and decided on Washington State University. My mom and I made a trip to WSU during my senior year in high school to meet with the Director of the Athletic Training Education Program. He would become my advisor at WSU, and he got me into classes a year earlier than most students so that I could officially enter the athletic training education program during my sophomore year at WSU, a year earlier than most students entering the program. This allowed me to get practical experience in the athletic training room for three years.

I earned academic scholarships during my senior year in high school that paid for my entire first year at WSU. The scholarship I was most proud of was through the Seattle Mariners. It was a $1,000 scholarship that was open to any student in the State of Washington. I was proud and honored to be the son of a single mother from a small town, getting a scholarship from a Major League Baseball team.

My mother had put money she had gotten from the Veteran's Administration upon my father's death into savings accounts for me and my siblings. She put about $100 into one of our accounts each month. I got to use this money to help pay for my last three years at WSU. The money that I made through my summer jobs paid for the remainder of my tuition, books, room and board.

Along with the demands of the athletic training education program, I worked throughout my years in college. I worked for two years in the dining hall through the work-study program. My duties included restocking refrigerators, washing dishes, and making pizzas. I was a basketball official for my last two years at WSU. These part-time jobs allowed me to have spending money through the school year.

I worked at a local golf course during the summers after my freshman and sophomore years of college. During the summer between my junior and senior year, I worked as an athletic trainer for the WSU Athletic Department Summer

Camps, helping take care of the thousands of campers that attended during the summer.

After graduation I got a job working for Sport Health, a sports medicine facility in Walnut Creek which provided athletic trainers to local schools. I was the lone athletic trainer at Alhambra High School from 1989-1990 and the lone athletic trainer at De La Salle High School from 1990-1992. In those positions I provided prevention, emergency care, evaluation, treatment and rehabilitation of athletic injuries. I was onsite for all the home competitions. Sport Health also coordinated with the team physician at De La Salle to allow me to work in his office in the mornings from 1990-1992.

In 1992, I accepted a position at St. Mary's College as an assistant athletic trainer. There were only 3 certified athletic trainers to care for 350 student-athletes in 16 sports. I worked with all the teams, covered their practices and games, and travelled with many of them.

I left St. Mary's College for the Head Athletic Trainer position at California State University, Northridge in 2001. I oversaw the sports medicine program for 17 sports and 400 athletes. I was the supervisor of 3 certified athletic trainers. I cared for the student-athletes in the athletic training room, covered practices, and many home and away competitions.

In 2006, I moved back to Northern California when I got the Director of Sports Medicine position at San Jose State University. I managed staff athletic trainers, graduate assistant athletic trainers, and over a dozen medical volunteers. We cared for 17-21 sports and 450 student-athletes. I continued to treat student-athletes, cover practices, and attend many home and away competitions.

As you can see from my work experience, I was consistently employed from my childhood through my retirement from San Jose State in August 2020. Most of the jobs I had entailed long hours and work weeks. I had planned to enjoy my retirement, but now my plans have changed. I will be working for as long as I am physically able to supplement my small pension and support my mother, with whom I live.

I feel that giving back to society is important. It hasn't always been easy to do with such a busy schedule of being an athletic trainer, but I have found ways to contribute. I have contributed financially and more importantly with my time. Below are some of the ways that I have been able to give back:

- **Susan G. Komen Breast Cancer Foundation**. I have donated money to walkers and my time to their 3 day walk multiple times in the San Francisco Bay Area. I treated walkers prior to and after their daily walk. This included showing the walkers stretches, providing first aid such as wound care, and icing them after their walk.
- **Washington State University Damien Ficek Memorial Scholarship**. I have donated annually to the fund, which provides scholarship money to athletic training students at WSU. I promoted the scholarship fund at the National Athletic Trainers' Association (NATA) Clinical Symposium annually to raise enough money to endow the scholarship. I didn't know Damien Ficek, but when I heard his story, I was moved to become involved. Damien was an Army Ranger and enrolled at WSU when he left the Army. He signed up for the National Guard at the same time he started at WSU. Damien was part of the WSU Athletic Training Education Program when he was deployed to Iraq, where he was killed while serving our country.
- **Brad Brown Memorial Scholarship.** Brad Brown was a local dairy farmer who supported sports in my hometown. I knew him well from his days of opening the gym to play basketball two days a week while I was growing up. He died of colon cancer in 2002 when he was in his 40's. A scholarship fund was set up in his name. I have donated annually to the scholarship fund. I would come back to my hometown each year and participate in the charity basketball tournament in the early years and the charity golf tournament in later years. I created, organized and ran a charity poker tournament the evening of the golf tournament. I wanted to help with the fundraising effort and realized that I could organize the poker tournament even though I didn't live in the state.
- **Volunteer at Chimacum High School.** I have volunteered time to athletes at the high school I attended. The school doesn't have an athletic trainer and I acted as a resource, recommending exercises and treatments to injured athletes. I would either see an athlete with their parent/coach or consult with a parent over the phone. The one year that I was home during a football season, I volunteered to tape athletes prior to the games, and was on the sideline to provide emergency care

    as needed.
  - **NATA Board of Certification.** During the mid to late 1990's I was an NATA Board of Certification examiner. I volunteered my time as an examiner for the practical portion of the national athletic trainer certification exam. The exam occurred three times a year, testing candidates to become certified athletic trainers. We would grade them while observing them performing their athletic training skills.
  - **CSU Risk Management Committee**. I was a member of the California State University Risk Management Association Athletic Injury Medical Expense committee from 2002-2020. I began as a committee member and worked up to vice-chairman and then chair of the committee. This volunteer committee of CSU administrators developed the policies of the athletic injury insurance program for the 23 California State University schools.

My future has me living near my family on the Olympic Peninsula in Washington. I want to be near my family for their support and to assist my mom as she continues to age. My mother is 83 years old, and I can help with the yard work, drive her to and from medical appointments, pick up groceries, and be a handyman for her around the house. You did not meet my mother but I'm sure you saw her in court, as she attended every day of the trial. I have started a job as a laborer in the warehouse at U-Haul to support myself. I have continued to volunteer at the local Food Bank two days a week, which I find very rewarding. All the volunteers have a positive attitude, and the community we serve is very appreciative of the support they receive.

As you consider my sentencing, I would like you to know that I have already suffered great emotional and financial punishment. I wake up every morning and go to bed every night thinking about what happened. I feel terrible for these women, and understand that my actions caused them emotional, reputational and even professional harm.

I want you to know, however, that I never touched any athlete for my sexual gratification. The papers wrote about me as if I were the West Coast version of Larry Nasser, but that is not true. As you heard during the trial, I never made sexual or romantic advances to those young women. The vast majority of the athletes I treated over the course of my 33-year career were fine with my treatment of them, even after the USA Today article came out and labeled me a "predator." The conduct that led to my conviction and will lead to the sentence you will see fit to impose, was an aberration. I can't explain it any better than that (and I've been advised by

my attorneys that I shouldn't, because of pending civil lawsuits), but that is the truth.

One thing I can say – I learned a very hard lesson as I watched those young women testify during the trial. It took seeing the effect of my actions on the women who testified to make me truly realize that I did a terrible job explaining myself to student-athletes, respecting them and their boundaries, asking them for consent, or offering chaperones to help them be more comfortable with the treatment I was providing them. In short, I failed in my obligations as a trained adult entrusted with the delicate task of putting my hands on young women.

In the end, my actions and failures are my own. And I apologize for them. It is very hard for me to accept that, the world now knows me for my actions in this case, rather than the 30+ years of good sports medicine work that I performed. But I have come to grips with the fact that my notoriety is due to my own actions.

Financially, I have been ruined by this case. I have always been frugal and sound with my money. I wanted to invest for the future so that I could enjoy an early retirement back home with my mom. I had retired, sold my house, moved to back to Washington, and started to travel around the U.S. before these charges were filed against me. My actions have cost me hundreds of thousands of dollars and wiped out all the money I'd managed to save, plus what I got from selling my house in San Jose. I will be getting a job and living paycheck to paycheck for the foreseeable future. Obviously, I will never be able to work with athletes ever again, which was the fulfilling work I chose early in life and spent most of my adult life doing.

I am sorry this letter is so long. I know you read everything, and I really appreciate you taking the time to wade through this.

Respectfully Submitted,

*Scott Shaw*

Scott Shaw