# EXHIBIT C

Sally Scholz
8694 Beaver Valley Road
Chimacum, WA 98325
Tel: (360) 732-4613
Email: sallylscholz@gmail.com

September 12, 2023

The Honorable Beth Labson Freeman
United States District Judge
208 South First Street
San Jose, California 95113

"United States v. Scott Shaw, CR 22-00105-BLF-Letter of Support"

Dear Judge Freeman,

I, Sally Scholz, am the devoted mother of Scott Shaw. I raised Scott as a single
mother, along with his two younger siblings, after the death of his father, when
Scott was at the age of 6, until he was in high school. I was very engaged in Scott's
upbringing, in which he continually made me proud as he displayed so many traits
of the compassionate, hard-working and dedicated man I aspired him to be.

Growing up Scott worked on the farm feeding cows and then in the hay fields from
the time he was 12. In high school he held part time jobs and served as an acolyte
in our church. He participated in sports and school activities and at the same time
received very good grades which won him several scholarships at graduation. You
see the devotion to another in our family is not one sided. Scott was always a
positive, fun, loving child but he also worked hard to support me and our family.

When my husband, Scott's step-father, became ill he came home to Chimacum and
stayed with me when he died. Cancer is nothing you wish upon anyone, and seeing
its effect first hand on a loved one is sheerly devastating. My grief was powerful,

but Scott and his siblings made my heart stay full and alive with their love and support.

This last year Scott has been watching out for me so that I can live alone (at the age of 83) in the family home on the farm. He has cut lawns, pruned fruit trees and cleared brush around my farm and home, as well as doing odd jobs in my house. He is a loyal and up beat companion, and trusted handyman. I have appreciated his help and love the bonding we have been able to achieve throughout it.

As a loving and proud mother it is hard to accept the reality we are in now, but I do. I understand the gravity of this trial. I understand that Scott is to be sentenced by you after pleading guilty to violating the civil rights of female student-athletes at San Jose State University. This trial came as an upset and a shock to me because what I have witnessed was quite the contrary. I visited Scott numerous times during his career at San Jose and I observed him working with the student-athletes in the training room, the gym and on the field. Each time I vividly remember admiring the rapport he had with each one of them.

I hope the honest words of this letter may shed some light for you on the wonderful man Scott truly is. This page is a mere sliver of the man I see, and the many reasons I am proud to love and support him.


Sincerely,

*Sally Scholz*

Sally Scholz

Michael Henehan, DO
119 Webster Street
Palo Alto, CA 94301
650-387-5639
mhenehan@stanford.edu

September 22, 2023

The Honorable Beth Labson Freeman
United States District Judge
280 South First Street
San Jose, California 95113

RE: United States v. Scott, Shaw, CR 22-00105-BLF – Letter of Support

Dear Judge Freeman:

I am writing a letter of support for Scott Shaw. I was a team physician at San Jose
State University (SJSU) from 1995 through 2020 and worked closely with Scott
through his tenure at SJSU. During this time, I worked with Scott several times per
week either in the training room or as part of event coverage through the athletic
program. I also was the Program Director for the Stanford -O'Connor Hospital
Sports Medicine Fellowship Program and in that capacity supervised our two
sports medicine physician fellows, both of whom worked extensively with SJSU
athletes, coaches and athletic training staff. I did not have any concerns regarding
Scott's behavior nor did I receive a single complaint from any athlete, coach,
administrator, athletic trainer, sports medicine fellow or other team physician
regarding Scott's behavior or clinical practice. Of note, our sports medicine fellows
(male and female) worked extensively with athletes and trainers at San Jose State. I
have no doubt that our female fellows would have informed me if they had
concerns about Scott's behavior, felt threatened by him or witnessed any form of
sexual abuse.

Scott took his job seriously and tried to do the best he could in a very busy working
environment where the trainers were understaffed, worked long hours and did their
best to provide high quality care to a large volume of athletes. I'm sure that ideal

communication with athletes and optimal, detailed documentation of their care was a challenge for all of the trainers at SJSU.

In my opinion, the initial review of the complaints lodged against Scott in 2009 were addressed by the investigation at that time and the recommendations for him to improve his communication efforts and utilize a chaperone were understandable. However, I know from my own experience and observations that, in the context of a busy training room, offering a chaperone is not often practicable. Scott should have done that anyway, if only for his own protection. As for communication, there is no question that Scott could and should have done a better job in explaining his treatments and obtaining informed consent from female student-athletes. In his defense, I will note that standards and best practices have significantly evolved over the past two decades, especially since the advent of the "Me Too" movement, and that Scott's communication practices did not effectively reflect these changes. These changing communication expectations of the athletes combined with the challenges of providing rehabilitation care in the extremely busy training rooms set the stage for the misunderstandings that ultimately ended up being litigated in this case.

Sincerely,

Michael Henehan, DO

*Adjunct Clinical Professor*
*Department of Family Medicine and Population Health*
*Stanford University School of Medicine*

*Former Director Sports Medicine Fellowship Program*
*Stanford Healthcare – O'Connor Hospital*

*Team Physician, San Jose State, Retired*

Michael Chisar
2030 Encima Drive
Concord CA 94519
915-285-3863
chisar@me.com

September 14, 2023

The Honorable Beth Labson Freeman
United States District Judge
280 South First Street
San Jose, California 95113

Re: United States v. Scott, Shaw, CR 22-00105-BLF – Letter of Support

Dear Judge Freeman,

I am writing to you to support and give you insight into my very good friend and professional colleague Scott Shaw, whom I have known for nearly 35 years. I understand he is to be sentenced by you in the above-entitled case after he pled guilty to violating the civil rights of two female San Jose State student-athletes. I feel compelled to write to you to help you understand the person I am proud to call a friend for all of these years.

I too am an athletic trainer, as well as a physical therapist and educator. I currently teach at a community college and have done so for over 25 years. I have been very involved in our professional association and for nearly 20 years have been intimately involved, and for much of that time, led the efforts to regulate the profession of athletic training in the state. I am also a proud father of two very athletic children, including a teenage girl, who was a four-year, three-sport varsity athlete who is currently a freshman scholarship athlete in college and a son who aspires to follow in his footsteps.

Scott has been one of my closest friends since we started our first "adult" jobs out of college together in the fall of 1989. During that time grew as people and professionals, we learned to ice skate and played on recreational hockey teams together, had season tickets to the Sharks together, traveled together, and worked on supporting our profession together. Most importantly we have spent thousands

of hours talking so I believe I know him as well as anybody. When I think about the charges, the cognitive dissonance is off the charts. The thought of Scott being accused of these things was beyond shocking as this is a man who I know to be caring and loyal and possessing integrity who wouldn't hurt someone intentionally. He is someone I would let treat my daughter without hesitation.

The person I know is a man who cares about other people. Whenever I needed him, he was there for me and I know of many others who would say the same thing (I'm sure you are getting letters from many of them). We laughed and had fun and learned about life together. We talked about family, and I know how close Scott is to his family and how he is there to support them. Being in the same profession, we could talk to each other about the challenges we were facing and knew the other would understand. As I said we have talked for literally thousands of hours and obviously part of that was about scenarios we were faced with at work. During those discussions it was apparent that he was an advocate for his athletes, both male and female. Over the decades he spent in Division I athletics, he had primary responsibility for both men's and women's teams and cared about those women's teams as much as the men's teams. Scott supported his athletes individually as people and collectively as teams and members of the SJSU community, no matter the gender or sport. While some athletes pose more challenges than others, Scott strove to find ways to reach and help all of them. We talked about individual athletes to see if the other had ideas that could help. Even with those kids that were more frustrating, Scott never talked negatively about them as people and was always very respectful. We also talked about strategies to stretch dollars and staff to provide more equitable, high-quality care.

A man who worked tirelessly for the benefit of the student athletes under his care – often under challenging circumstances where adequate resources weren't readily available. Obviously caring for his athletes was part of his job description - and the expectations of those of us in this profession is incredibly high to begin with - but he consistently exceeded those expectations because that is who he is. If we were at dinner or a game on the weekend, or we were out of town on vacation, and a coach or athlete called, he immediately picked up to help with their needs. This is a man who went above and beyond in terms of continuing education to stay current and improve his knowledge and skills to benefit the athletes wherever he worked. He volunteered his time early on Sunday mornings several times a year as an examiner and model back when our national examination included a practical component and the certification agency needed volunteers to serve in those roles to administer the

exams to help ensure competency in our profession. He further volunteered in a state-wide capacity in the CSU system on a workgroup/committee regarding student insurance to ensure that all athletes had access to quality, timely healthcare. On his own time was also very involved in our legislative efforts to regulate the profession, which was designed to root out and hold people accountable for bad behavior, helping ensure safe, quality care for athletes and others being treated by athletic trainers.

Scott's contribution to the health and safety of thousands of young student athletes is long and distinguished. When I left my job at St. Mary's College to go to graduate school, he was the person I recommended to my boss to be my replacement. Despite all the press surrounding this case, and the efforts to find more victims, not one former athlete from the approximately 15 years of his career at two other high schools and two other colleges came forward to describe a similar incident. Even at San Jose State, the overwhelming majority of athletes did not come forward despite the outreach to do so, and most of the complainants said that he helped them with their injuries over years. In fact, he was so well regarded by both male and female athletes and coaches that they asked him to accompany them on non-NCAA trips that were not part of his duties as a San Jose State employee. All of this is a testament to the outstanding care Scott provided all of his athletes.

While Scott obviously made mistakes with the athletes you are sentencing him for, they were mistakes not borne of ill intent. I believe these mistakes shouldn't negate the decades of amazing work and care he provided numerous athletes and teams and service he provided to improve the profession. Not to disregard the impact on the athletes that were hurt, but the over 50 years of the life that Scott has led encapsulates so much more of who he is than the mistakes he has made. For all of us, we should be accountability for our actions. I hope that the good person Scott is and the totality of his actions over decades temper the severity of that accountability and allows him to continue to contribute to society and his family and his community. Thank you for taking the time to read this letter and learning about my friend Scott prior to rendering your judgement.

Respectfully submitted,

Michael Chisar, MPT, ATC

Sally Shaw
P.O. Box 591
Chimacum, WA 98325
Tel: (360) 774-1402
Email: sallyanneshaw@yahoo.com

September 10, 2023

The Honorable Beth Labson Freeman
United States District Judge
280 South First Street
San Jose, CA 95113

Re: United States v. Scott Shaw, CR 22-00105-BLF, Letter of Support

Dear Judge Freeman,

I am a kindergarten teacher with 16 years of experience in education. I am writing
to you to support my brother Scott Shaw, who will face sentencing by you after
pleading guilty to violating the civil rights of female student-athletes at San Jose
State University.

The charges against Scott came as a huge surprise to me, as I have seen him
working with many students, female and male, over the course of his athletic
training career.  Sports medicine was his chosen path before graduating high
school and watching him attain his goals was inspiring.  As his little sister and a
fellow student at WSU I was always impressed with his wealth of knowledge and
understanding of sports medicine.  I've seen him over his career working with
student-athletes at WSU, St. Mary's college, Cal State Northridge, and at San Jose
State University.  My daughters and I have spent many hours watching him treat
student-athletes in the training room and during their sporting events.  My family
and I even traveled with him for a couple of days in France while he was traveling
and working as the team athletic trainer for a female college basketball team.

Throughout all this time I only ever witnessed his respect for the athletes and their families, who were quite often in attendance.

While my daughters were playing sports in middle school and high school, Scott would come home and visit.  While here he always offered advice and tips to the coaches at their school, supporting them at practices and games. He would assess injuries and take the time to train the coaches on the proper techniques and stretches needed to keep the athletes safe and the coaches were always very grateful, as they knew he was a professional trainer with years of experience and advanced skills that would support the youth at the school.  Giving his time and energy to those around him stems from his passion for his profession and still continues.  He has been helping our mother over the years with injuries she sustains from either aging or simple accidents.

I hope you will take this information into consideration as you decide upon Scott's sentencing.


Respectfully submitted,

Sally Shaw

Chris Jacobson
PO Box 4733, Jackson, WY. 83001  Phone 925-878-9229

The Honorable Beth Labson Freeman
United States District Judge
280 South First Street
San Jose, CA. 95113

Dear Judge Freeman,

I am a retired Certified Athletic Trainer and Salesman for Athletic Training supplies. I have known Mr. Scott Shaw for over 30 years, both professionally and personally. I am writing to support my associate and friend, who is to be sentenced after pleading guilty to violating the civil rights of female athletes at San Jose State University.

Mr. Shaw was my Associate Athletic Trainer at Saint Mary's College of California from 1992 to 2001. During this time Scott worked with 300-350 male and female athletes. This included prevention, care and reconditioning of injuries to these athletes both on campus and travelling with the women's teams.
I never observed or was made aware of any inappropriate actions or treatments with any of the Saint Mary's Athletes during his tenure at the college.
Scott left Saint Mary's College in 2001 to pursue his professional goals as the Head Athletic Trainer at California State University-Northridge.

Scott and I maintained a friendship over the next 20 plus years, meeting occasional at conferences, also playing golf for a few days each year.
I was very surprised to hear Scott had been accused of inappropriate actions with some of his female athletes. My experiences with Scott have shown him to be a very personable and outgoing individual who interacts extremely well with people.

Sincerely,

Chris Jacobson  MS., ATC

Brian M. Miller
70 Market Street
Port Hadlock, Washington 98339
Tel: (360)643-3863
Email: thebooman@gmail.com

September 14, 2023

The Honorable Beth Labson Freeman
United States District Judge
280 South First Street
San Jose, CA 95113

Re: United States v. Scott Shaw, CR 22-00105-BLF, Letter of Support

Dear Judge Freeman,

My name is Brian Miller, and I am the Production Manager at Thermionics
Northwest Inc in Port Townsend, Washington.  I have been employed at
Thermionics Northwest Inc. for 34 years.  I have known Scott Shaw for 50 years.
We met in kindergarten and have been great friends since then.  We attended
school, played sports, participated in organized activities, and hung out as friends
growing up.  We have stayed in contact throughout the years.  I see him almost
every time he comes back to our hometown, and I have visited him in California.
We see each other and talk regularly now that Scott has moved back to the area.  I
was shocked when I found out that he had been charged by the federal
government.  He and I discussed the charges and the case as it progressed.  Scott
has taken responsibility for his actions and inactions with the victims.

I understand that you are sentencing Scott after he pleaded guilty to violating the
civil rights of athletes at San Jose State University.  I am surprised by the charges
and guilty plea because I saw him work with the athletes at St. Mary's College,
California State University Northridge, and San Jose State University.  I never saw
him treat any athlete inappropriately.  I saw him working with male and female
athletes and always treated them with respect.

Scott has been very willing to share his knowledge with coaches, parents, and athletes in our community.  We grew up in a rural area and the schools do not have an athletic trainer.  He assisted when he came back home and was willing to call or text with them when he was not in the area.  He would evaluate injuries and recommend treatment and exercises for what he found.  He would show coaches how to tape ankles so they could help their athletes.

A local dairy farmer in our rural community died of cancer in the early 2000's when he was in his mid-40's.  Brad Brown was someone that Scott and I knew well as he would open the gym for us to play basketball two times per week when we were growing up.  A Brad Brown Memorial Scholarship Fund was created.  Scholarships are given annually to students at the local high schools.  An annual basketball tournament was a major part of the fundraising effort.  Scott would make time to attend and fly from his home in California to participate in the tournament.  Scott didn't play much basketball, but he wanted to show his support in person and donate to the scholarship fund.  In recent years, the basketball tournament stopped being played and a charity golf tournament and charity poker tournament were added for the fundraising.  Scott would continue to attend, and he organized the poker tournament.  He would make sure that the tournament ran smoothly and fairly.  Running the poker tournament was something that he felt he could do even though he didn't live in the area.  Scott has assisted in the raising of tens of thousands of dollars for the Brad Brown scholarship to local high school students over the years.

I hope that this letter gives you some insight into Scott Shaw's character that you may not be aware of when determining his sentencing.

Sincerely,

Brian Miller

**Ellen K. Payne, PhD, LAT, ATC, CSCS, EMT**
2103 Montgomery St.
Bethlehem, PA 18017
Cell: 408-348-7448
Email: ellen.payne@gmail.com

September 10, 2023

The Honorable Beth Labson Freeman
United States District Judge
280 South First Street
San Jose, California 95113

Subject: United States v. Scott, Shaw, CR 22-00105-BLF – Letter of Support

Dear Judge Freeman,

I am writing this letter of support for my friend and former colleague Scott Shaw, who I understand is to be sentenced by you after pleading guilty to violating the civil rights of female student-athletes at San Jose State University (SJSU). I got to know Scott, personally and professionally, when he began working as an athletic trainer at SJSU, which I believe was in 2006. At that time, I worked as a per diem athletic trainer for the university and precepted athletic training students at my place of employment. Scott and I have remained friends during his tenure at SJSU and after his retirement.

In all my professional interactions with Scott he was a caring and competent healthcare provider, whether it was covering SJSU early morning football practices or volunteering in the local community. Multiple times Scott came to help me provide sports medicine services at Bay Area multi-day breast cancer walks. Honestly I can't remember which years he helped out, but he was at least on 3 different occasions between 2008 and 2015. These events started with early morning treatments, followed by more treatments as the walkers turned to camp in the afternoon. Treatments often went late into the evenings. Scott was always up to help out, even driving to the north bay one year, before he had his own responsibilities back in San Jose. Additionally, Scott has served as a reference for me when I applied for graduate scholarships and jobs across the country. He was always willing to help me advance my career.

Personally, Scott and I have been good friends, skiing together in Tahoe, attending San Jose Sharks games, and having many meals out together. In either 2011 or 2012, Scott and I attended an athletic training conference in Las Vegas together and spent the long weekend attending continuing education courses and taking in a show after a fancy dinner. This weekend stands out

1

to me because I was back in graduate school and Scott made sure I made this trip a vacation for me and actually had fun. He understood the need for work-life balance.

In closing, Scott has always been a good friend to me and I was shocked to hear about this case. I am happy to call him a friend and will continue to support him through this period of his life. I appreciate you taking the time to read this letter, thank you.

Sincerely,

Ellen K. Payne, PhD, LAT, ATC, EMT



Lance Gatter
Athletics, Activities, and
Title IX Specialist
lgatter@lwsd.org

The Honorable Beth Labson Freeman
United States District Judge
280 South First Street
San Jose, CA 95113

September 14, 2023

Subject: United States v. Scott Shaw, CR22-00105F - Letter of Support

Dear Judge Freeman,

I am an Athletic Director for the Lake Washington School District. My title is
Athletics, Activities and Title IX Specialists. I am also a retired athletic trainer and
that is my connection to Scott Shaw. Scott and I have been classmates and friends
since we were in school together at Washington State University studying athletic
training starting in 1986. Over the years Scott has been a part of my life as a friend
and a colleague.

I am writing to you to support my friend Scott Shaw who I understand is to be
sentenced by you after pleading guilty to violating the civil rights of female student
athletes at San Jose State University.

Scott has become one of my closest friends over the years and was always the
professional when we attended conferences together. I was shocked to learn about the
charges against Scott as my experiences professionally and personally are the exact
opposite. My oldest daughter wanted to look at Universities in California and one of
them was San Jose State University. Scott set up weekend appointments with
colleagues of his at the University. These individuals met with us on their own time
secondary to their respect for Scott. In addition to this he opened his home to us and
was happy to answer questions about the university with my daughter. I would
without reservation trust Scott with my family.

Respectfully,

Lance Gatter
Athletics, Activities, and Title IX Specialists
lgatter@lwsd.org
425-417-9755 cell

Peter J. Cerna, Jr.
23514 SE 254th St.
Maple Valley, WA 98038
Tel: (425-652-6057
Email: pjcernajr@msn.com

October 4, 2023

The Honorable Beth Labson Freeman
United States District Judge
280 South First Street
San Jose, CA 95113

Re: United States v. Scott Shaw, CR 22-00105-BLF, Letter of Support

Dear Judge Freeman,

My name is Peter J. Cerna, Jr. and I have been a supervisor at ASKO Processing in Seattle, Washington for 36 years. I have known Scott Shaw for close to 50 years. We grew up in the same town and graduated high school together. We have kept in touch over the years despite living in different states.

I was surprised to hear that Scott had been charged. To me, it is out of character, as I have observed Scott working in a professional manner with male and female athletes when I visited St. Mary's, Northridge, and San Jose State University. Additionally, I observed Scott's professional working relationship with athletes at a women's beach volleyball tournament in Monterey.

In our hometown, Scott has coordinated a charity poker tournament to raise scholarship money to honor a friend who had passed away. He regularly attended a basketball and golf tournaments for additional scholarship money.

Scott has voiced his disappointment in himself due to having these charged leveled against him. While I respect the decision of the court, I hope that leniency can be granted in sentencing.

Sincerely,

Peter J. Cerna, Jr.

Sally Danica Mays MA, LAT, ATC, CSCS, CIDN
1015 Goldenview Court
Durham, NC 27713
(919) 291-5264
smays@email.unc.edu

The Honorable Beth Labson Freeman
United States District Judge
280 South First Street
San Jose, California 95113

Subject:  United States v. Scott Shaw, CR 22-00105-BLF - Letter of Support

September 14, 2023

Dear Judge Freeman:

I am a Licensed and Certified Athletic Trainer working in the state of North Carolina and Scott Shaw and I have been friends for 35 years.  We are both graduates of the athletic training program at Washington State University.

I am writing to you to support my friend Scott Shaw, who I understand is to be sentenced by you after pleading guilty to violating the civil rights of female student-athletes at San Jose State University.

I was astounded to learn about the charges against Scott because my assessment of his character is exactly the opposite.  I have found him to be completely professional and an accomplished clinician.

On the philanthropy side he has provided a great deal of support and has been a proponent for the Damien Ficek Memorial Scholarship.  This scholarship is given yearly to two athletic training students at Washington State University.  He was actively involved in its inception and has contributed financially and also actively promoted it at the National Athletic Trainer's Association Annual Symposia.

Should you have any questions regarding this letter, please feel free to contact me.

Sincerely,

Sally D. Mays