UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** November 17, 2023    **Time:** 9:46 – 12:18    **Judge:** BETH LABSON FREEMAN
**Total Time:** 2:32

**Case No.:** 5:22-cr-00105-BLF-1    **Case Name:** UNITED STATES v. Shaw

**Attorney for Plaintiff:** Marla Duncan, Michael Pitman
**Attorney for Defendant:** David Callaway, Jeremy Blank for Scott Shaw - P/NC
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody   [X] Not in Custody

**Deputy Clerk:** Tiffany Salinas-Harwell    **Reported by:** Lee-Anne Shortridge
**Interpreter:** N/A    **Probation Officer:** Melissa Moy

## PROCEEDINGS

**SENTENCING HEARING**

**Sentencing Hearing held.**

**The Defendant is Sentenced as to Counts 2 and 5 of the Information filed on 3/10/2022 to the Custody of the Bureau of Prisons for a term of 24 Months, 12 Months as to Count 2 and 12 Months as to Count 5 to be served consecutively; Followed by a term of 1 Year Supervised Release, 1 Year as to Count 2 and 1 Year as to Count 5, to be served concurrently.**

**The Court Orders Special Assessment in the amount of $50.00; Fine in the amount of $15,000.00 and Restitution in an amount to be determined.**

**The Court recommends the Defendant be housed in a facility as close to Western Washington State as possible.**

**The Defendant is Ordered to Self-surrender no later than 2:00 p.m. on March 6, 2024.**

**The Government moves to Dismiss Counts 1, 3, 4, and 6.  The Court GRANTS the Government's Request.**

**CASE CONTINUED TO: February 6, 2024, at 9:00 a.m. for Restitution Hearing.**

///

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

**Courtroom Deputy**
Original E-Filed