UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>           Plaintiff,<br><br>   v.<br><br>SHAW,<br><br>           Defendant. | Case No. 22-cr-00105-BLF-1<br><br>**ORDER SETTING DEADLINE FOR GOVERNMENT RESPONSE TO DEFENDANT'S COMMENTS ON AMENDED PRESENTENCE INVESTIGATION REPORT** |

On November 21, 2023, Defendant Scott Shaw filed a document requesting certain modifications to the Amended Presentence Investigation Report. *See* ECF No. 196. Should the Government have any opposition to Mr. Shaw's requested modifications, such opposition must be filed by Thursday, November 30, 2023.

**IT IS SO ORDERED.**

Dated: November 27, 2023

Beth Labson Freeman
United States District Judge