UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| USA,  |   | Case No. 22-cr-00105-BLF-1 (SVK) |
|---|---|---|
|   | Plaintiff, |   |
|   | v. | **ORDER DENYING TRAVEL REQUEST** |
| SHAW, |   | Re: Dkt. No. 203 |
|   | Defendant. |   |

The Court held a hearing on this request on December 20, 2023. David Calloway appeared for the defendant; the defendant was present; the government was represented by DOJ counsel MarLa Duncan and Sarah Howard. The government did not take a position on the request. The Court is informed that the defendant is not under supervision of Pretrial Services. Defendant has been sentenced and has a surrender date in early March, 2024. In light of the pending surrender date and the absence of supervision, the request is DENIED.

**SO ORDERED.**

Dated: December 20, 2023

_____
SUSAN VAN KEULEN
United States Magistrate Judge