PATRICK D. ROBBINS (CABN 152288)
Attorney for the United States

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

MICHAEL G. PITMAN (DCBN 484164)
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone:     (408) 535-5040
Facsimile:     (408) 535-5081
Email: michael.pitman@usdoj.gov

KRISTEN CLARKE
Assistant Attorney General
MARLA DUNCAN
Trial Attorney
SARAH HOWARD
Attorney Advisor
Criminal Section, Civil Rights Division
United States Department of Justice

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:22-cr-00105-BLF |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER RE: RESTITUTION |
| v. | |
| SCOTT SHAW, | |
| Defendant. | |

The United States and Defendant SCOTT SHAW ("Defendant"), by and through their counsel of record, hereby stipulate as follows:

1. On August 15, 2023, the Defendant pleaded guilty to Counts 2 and 5 of the captioned Information.

2. At the sentencing hearing on November 14, 2023 the Court ordered Defendant to serve 24 months in custody and one year of supervised release, and to pay a $15,000 fine, and deferred the

determination of restitution. The Court set a restitution hearing date of February 6, 2024, for the final determination of restitution.

3. Restitution may be ordered as a condition of supervised release under 18 U.S.C. § 3583(d) so long as the restitution (1) is reasonably related to the sentencing factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), and (a)(2)(D); (2) involves no greater deprivation of liberty than is reasonably necessary for the purposes set forth in section 3553(a)(2)(B), (a)(2)(C), and (a)(2)(D); and (3) is consistent with any pertinent policy statements issued by the Sentencing Commission pursuant to 28 U.S.C. 994(a).

4. To conserve judicial resources, to bring about a speedy resolution of this matter, and to avoid further litigation, the parties agree and jointly request that the Court, upon approval of this Stipulation, enter an Amended Judgment to order restitution to the individuals in the amounts as set forth below:

    a. $10,400 in total to K.B.

    b. $5,920 in total to J.M.

The parties stipulate that the above individuals are entitled to restitution under 18 U.S.C. 3583(d). The United States shall furnish the Clerk's Office with physical address information for each individual.

5. The parties further agree to the following payment schedule with respect to restitution: Once Defendant is on supervised release, Defendant shall pay restitution in monthly payments of not less than $250 or 10% of earnings, whichever is greater, to commence no later than 60 days from placement on supervision.

6. Any portion of Defendant's restitution obligation which remains unpaid shall be due on the final day Defendant's supervised release.

7. Notwithstanding any payment schedule set by the court, the United States Attorney's Office may pursue collection through all available means in accordance with 18 U.S.C. §§ 3613 and 3664(m). The restitution payments shall be made to the Clerk of U.S. District Court, Attention: Finance Unit, 450 Golden Gate Ave., Box 36060, San Francisco, CA 94102.

8. The parties request that the Court issue an Amended Judgment ordering restitution payable to the individuals identified and the terms outlined above.

SO STIPULATED.

PATRICK D. ROBBINS
Attorney for the United States

_____/s/_____
MICHAEL G. PITMAN
Assistant United States Attorney

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

_____/s/_____
MARLA DUNCAN
Trial Attorney
SARAH HOWARD
Attorney Advisor

Attorneys for United States of America

_____/s/_____
DAVID R. CALLAWAY
JEREMY D. BLANK

Attorneys for Defendant SCOTT SHAW

## [PROPOSED] ORDER

Defendant SCOTT SHAW will pay a total of $16,320 in restitution as a condition of supervised release, in the amounts specified to the individuals specified as follows:

    a. $10,400 in total to K.B.

    b. $5,920 in total to J.M.

The above individuals are entitled to restitution under 18 U.S.C. 3583(d).

Once Defendant is on supervised release, Defendant shall pay restitution in monthly payments of not less than $250 or 10% of earnings, whichever is greater, to commence no later than 60 days from placement on supervision.

Any portion of Defendant's restitution obligation which remains unpaid shall be due on the final day Defendant's supervised release.

1  Notwithstanding any payment schedule set by the court, the United States Attorney's Office may
2  pursue collection through all available means in accordance with 18 U.S.C. §§ 3613 and 3664(m). The
3  criminal monetary penalty payments shall be made to the Clerk of U.S. District Court, Attention:
4  Finance Unit, 450 Golden Gate Ave., Box 36060, San Francisco, CA 94102.

5  The Probation Office shall prepare an amended judgment in accordance with this order. The
6  restitution hearing originally set for February 6, 2024, is hereby vacated.

7  IT IS SO ORDERED.

9  DATE: January 29, 2024

_____
HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE